JAMES D. PETRUZZI (SBN 115175)
MASON & PETRUZZI
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jpetruzzi@masonpetruzzi.com

ARTHUR S. FELDMAN
Texas State Bar No.: 06886600
55 Waugh Dr., Suite 800
Houston, Texas 77002
Telephone: (713) 586-1616
Facsimile: (713) 586-1617
arthur@feldmanlawfirm.com
appearance *pro hac vice*

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS.

MARC H. COHEN (Bar No. 168773)
LIEN K. DANG (Bar No. 254221)
SEAN O. CHRISTOFFERSON (Bar No. 240474)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
sean.christofferson@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS )<br>)<br>Plaintiff, )<br>) | Case No.: CV-13-2261-EMC<br><br>**STIPULATION MODIFYING BRIEFING SCHEDULE ON MOTION TO STAY** |

**Stipulation Modifying Briefing Schedule on Motion to Stay**    Case No.: CV-13-2261-EMC

|   |   |
|---|---|
| vs. | ) |
|   | ) |
| TRIVASCULAR, INC. | ) |
|   | ) |
|   Defendant | ) |

|   |   |
|---|---|
|   | ) |
|   | ) |
| TRIVASCULAR, INC. | ) |
|   | ) |
|   Counter-Claimant, | ) |
|   | ) |
| vs. | ) |
|   | ) |
| DR. SHAUN L. W. SAMUELS | ) |
|   |   |
|   Counter-Defendant |   |

The parties through undersigned counsel hereby stipulate and agree to modify the briefing schedule on Defendant's Motion to Stay. Plaintiff's response to the motion shall be due on August 28, 2013 and Defendant's reply shall be due on September 4, 2013.

Dated this 9th of August, 2013

/s/ James D. Petruzzi
JAMES D. PETRUZZI (SBN 115175)
**MASON & PETRUZZI**
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
JPetruzzi@MasonPetruzzi.com


ARTHUR S. FELDMAN
Texas State Bar No.: 06886600
55 Waugh Dr., Suite 800
Houston, Texas 77002
Telephone: (713) 586-1616
Facsimile: (713) 586-1617
arthur@feldmanlawfirm.com

**Stipulation Modifying Briefing Schedule on Motion to Stay**          **Case No.: CV-13-2261-EMC**

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Plaintiff<br>Dr. SHAUN L. W. SAMUELS |
| 3 | |
| 4 | |
| 5 |    /s/ Marc H. Cohen<br>MARC H. COHEN (Bar No. 168773) |
| 6 | LIEN K. DANG (Bar No. 254221)<br>SEAN O. CHRISTOFFERSON (Bar No. |
| 7 | 240474)<br>**KIRKLAND & ELLIS LLP** |
| 8 | 3330 Hillview Avenue |
| 9 | Palo Alto, California 94304<br>Telephone: (650) 859-7000 |
| 10 | Facsimile: (650) 859-7500<br>marc.cohen@kirkland.com |
| 11 | lien.dang@kirkland.com<br>sean.christofferson@kirkland.com |
| 12 | |
| 13 | Attorneys for Defendant<br>TRIVASCULAR, INC. |

**Stipulation Modifying Briefing Schedule on Motion to Stay**     Case No.: CV-13-2261-EMC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2013, that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: August 9, 2013

        KIRKLAND & ELLIS LLP
        Respectfully submitted,

        /s/ *Marc H. Cohen*
        Marc H. Cohen
        Lien K. Dang
        Sean O. Christofferson
        **KIRKLAND & ELLIS LLP**
        3330 Hillview Avenue
        Palo Alto, California 94304
        Telephone: (650) 859-7000
        Facsimile: (650) 859-7500
        marc.cohen@kirkland.com
        lien.dang@kirkland.com
        sean.christofferson@kirkland.com

        Attorneys for Defendant
        TriVascular, Inc.

**Stipulation Modifying Briefing Schedule on Motion to Stay**     Case No.: CV-13-2261-EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS,<br><br>        Plaintiff,<br><br>vs.<br><br>TRIVASCULAR, INC.<br><br>        Defendant | Case No.: CV-13-2261-EMC<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO STAY** |
| TRIVASCULAR, INC.<br><br>        Counter-Claimant,<br><br>vs.<br><br>DR. SHAUN L. W. SAMUELS<br><br>        Counter-Defendant | |

**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO STAY**      Case No.: CV-13-2261-EMC

Pursuant to the Stipulation seeking Modification of the Briefing Schedule on Defendant's Motion for Stay, and the Court having been fully advised, and good cause shown, the schedule is hereby modified as follows:

Plaintiff's response to the motion shall be due on August 28, 2013 and Defendant's reply shall be due on September 4, 2013. The Motion hearing is set for September 19, 2013 01:30 in Courtroom 5, 17th Floor, San Francisco before the Honorable Edward M. Chen.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

DATED:   8/13/13



_____
HONORABLE
United S

**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO STAY**    Case No.: CV-13-2261-EMC