JAMES D. PETRUZZI (SBN 115175)
MASON & PETRUZZI
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jpetruzzi@masonpetruzzi.com

ARTHUR S. FELDMAN
Texas State Bar No.: 06886600
55 Waugh Dr., Suite 800
Houston, Texas 77002
Telephone: (713) 586-1616
Facsimile: (713) 586-1617
arthur@feldmanlawfirm.com
appearance *pro hac vice*

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS.


MARC H. COHEN (Bar No. 168773)
LIEN K. DANG (Bar No. 254221)
SEAN O. CHRISTOFFERSON (Bar No. 240474)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
sean.christofferson@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS | Case No.: CV-13-2261-EMC |
| Plaintiff, | **STIPULATION MODIFYING BRIEFING SCHEDULE ON MOTION TO STAY** |

**Stipulation Modifying Briefing Schedule on Motion to Stay**          Case No.: CV-13-2261-EMC

vs.                                        )
                                           )
TRIVASCULAR, INC.                          )
                                           )
                                           )
                Defendant                  )

_____  )
                                           )
                                           )
TRIVASCULAR, INC.                          )
                                           )
                Counter-Claimant,          )
                                           )
vs.                                        )
                                           )
                                           )
DR. SHAUN L. W. SAMUELS                    )

                Counter-Defendant

_____

        The parties through undersigned counsel hereby stipulate and agree to modify the

briefing schedule on Defendant's Motion to Stay.  Plaintiff's response to the motion shall be due

on August 28, 2013 and Defendant's reply shall be due on September 4, 2013.


                                           Dated this 9th of August, 2013

                                           /s/ James D. Petruzzi
                                           JAMES D. PETRUZZI (SBN 115175)
                                           **MASON & PETRUZZI**
                                           4900 Woodway Dr., Suite 745
                                           Houston, Texas 77056
                                           Telephone: (713) 840-9993
                                           Facsimile: (713) 877-9100
                                           JPetruzzi@MasonPetruzzi.com



                                           ARTHUR S. FELDMAN
                                           Texas State Bar No.: 06886600
                                           55 Waugh Dr., Suite 800
                                           Houston, Texas 77002
                                           Telephone: (713) 586-1616
                                           Facsimile: (713) 586-1617
                                           arthur@feldmanlawfirm.com


**Stipulation Modifying Briefing Schedule on Motion          Case No.: CV-13-2261-EMC
to Stay**

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS


    */s/ Marc H. Cohen*
MARC H. COHEN (Bar No. 168773)
LIEN K. DANG (Bar No. 254221)
SEAN O. CHRISTOFFERSON (Bar No. 240474)
**KIRKLAND & ELLIS LLP**
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
sean.christofferson@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

**Stipulation Modifying Briefing Schedule on Motion to Stay**     **Case No.: CV-13-2261-EMC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2013, that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.


DATED: August 9, 2013

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ *Marc H. Cohen*
Marc H. Cohen
Lien K. Dang
Sean O. Christofferson
**KIRKLAND & ELLIS LLP**
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
sean.christofferson@kirkland.com

Attorneys for Defendant
TriVascular, Inc.

**Stipulation Modifying Briefing Schedule on Motion to Stay**          **Case No.: CV-13-2261-EMC**

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS ) | Case No.: CV-13-2261-EMC |
| ) | |
| Plaintiff,       ) | **[PROPOSED] ORDER MODIFYING** |
| ) | **BRIEFING SCHEDULE ON MOTION TO** |
| vs.                         ) | **STAY** |
| ) | |
| TRIVASCULAR, INC.          ) | |
| ) | |
| Defendant    ) | |

13

14

15

16

17

18

TRIVASCULAR, INC.          )

19

)

Counter-Claimant,    )

20

)

21

vs.                         )

)

22

DR. SHAUN L. W. SAMUELS     )

)

23

Counter-Defendant    )

24

25

26

27

28

**[PROPOSED] ORDER MODIFYING BRIEFING**      Case No.: CV-13-2261-EMC
**SCHEDULE ON MOTION TO STAY**

1        Pursuant to the Stipulation seeking Modification of the Briefing Schedule on Defendant's

2 Motion for Stay, and the Court having been fully advised, and good cause shown, the schedule is

3 hereby modified as follows:

4

5        Plaintiff's response to the motion shall be due on August 28, 2013 and Defendant's reply

6 shall be due on September 4, 2013.  The Motion hearing is set for September 19, 2013 01:30 in

7 Courtroom 5, 17th Floor, San Francisco before the Honorable Edward M. Chen.

8 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

9

10

11 DATED:       8/13/13

12          HONORABLE
         United S



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER MODIFYING BRIEFING**     **Case No.: CV-13-2261-EMC**
**SCHEDULE ON MOTION TO STAY**