UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRIVASCULAR, INC. ) <br> ) <br> Defendant ) | Case No.: CV-13-2261-EMC <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| TRIVASCULAR, INC. ) <br> ) <br> Counter-Claimant, ) <br> ) <br> vs. ) <br> ) <br> DR. SHAUN L. W. SAMUELS ) <br> ) <br> Counter-Defendant | |

   Pursuant to the Joint Stipulation Requesting Continuance of Initial Case Management Conference, and the Court having been fully advised, and good cause shown, the schedule is hereby modified as follows:

**[PROPOSED] ORDER GRANTING
CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE**                                    Case No.: CV-13-2261-EMC

1    The Initial Case Management Conference scheduled for September 5, 2013 has been

2  vacated and rescheduled to September 19, 2013 at 1:30 p.m. in Courtroom 5, 17th Floor, San

3
4  Francisco before the Honorable Edward M. Chen.  The parties shall file a Joint Case

5  Management Conference Statement by September 12, 2013.

6  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

7

8  DATED:     8/15/13                           _____
9                                                HONORABLE EDWARD M. CHEN
                                                 United States District Court Judge
10



[PROPOSED] ORDER GRANTING
CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE     2            Case No.: CV-13-2261-EMC