1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS )<br><br>                    Plaintiff, )<br>                              )<br>vs.                        )<br>                              )<br>TRIVASCULAR, INC.    )<br>                              )<br>            Defendant   )<br>_____ | Case No.: CV-13-2261-EMC<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| TRIVASCULAR, INC.    )<br>                              )<br>        Counter-Claimant, )<br>                              )<br>vs.                        )<br>                              )<br>DR. SHAUN L. W. SAMUELS )<br>                              )<br>       Counter-Defendant )<br>_____ | |

Pursuant to the Joint Stipulation Requesting Continuance of Initial Case Management

Conference, and the Court having been fully advised, and good cause shown, the schedule is

hereby modified as follows:

**[PROPOSED] ORDER GRANTING**
**CONTINUANCE OF INITIAL**
**CASE MANAGEMENT CONFERENCE**                    **Case No.: CV-13-2261-EMC**

The Initial Case Management Conference scheduled for September 5, 2013 has been vacated and rescheduled to September 19, 2013 at 1:30 p.m. in Courtroom 5, 17th Floor, San Francisco before the Honorable Edward M. Chen.  The parties shall file a Joint Case Management Conference Statement by September 12, 2013.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**


DATED:    8/15/13                          _____



HONORABLE EDWARD M. CHEN
United States District Court Judge

**[PROPOSED] ORDER GRANTING
CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE      2            Case No.: CV-13-2261-EMC**