JAMES D. PETRUZZI (Bar No. 115175)
MASON & PETRUZZI
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jpetruzzi@masonpetruzzi.com

ARTHUR S. FELDMAN
Texas State Bar No.: 06886600
55 Waugh Dr., Suite 800
Houston, Texas 77002
Telephone: (713) 586-1616
Facsimile: (713) 586-1617
arthur@feldmanlawfirm.com
appearance *pro hac vice*

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS.

MARC H. COHEN (Bar No. 168773)
LIEN K. DANG (Bar No. 254221)
SEAN O. CHRISTOFFERSON (Bar No. 240474)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
sean.christofferson@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRIVASCULAR, INC.<br><br>　　　　　Defendant<br><br>TRIVASCULAR, INC.<br><br>　　　　　Counter-Claimant,<br><br>vs. | Case No.: CV-13-2261-EMC<br><br>**JOINT STIPULATION TO STAY CASE PENDING *INTER PARTES* REVIEW** |

**JOINT STIPULATION TO STAY CASE
PENDING *INTER PARTES* REVIEW**                    **Case No. CV-13-2261-EMC**

DR. SHAUN L. W. SAMUELS

    Counter-Defendant

---

Whereas Defendant, TriVascular, Inc. ("TriVascular"), has filed a petition for *inter partes* review of U.S. Patent No. 6,007,575 ("'575 patent) before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office on August 5, 2013 and filed a Motion To Stay Pending *Inter Partes* Review on August 7, 2013 (Dkt. No. 23).  As an administrative matter, the PTAB has accorded TriVascular's *inter partes* petition a filing date of August 5, 2013, and under the rules of the PTAB, Plaintiff Shaun L. W. Samuels ("Samuels") has filed its mandatory notices.  Accordingly, the parties have stipulated as follows:

1. This case shall be stayed pending the PTAB's decision on whether to grant TriVascular's petition for *inter partes* review and thereby institute review of the '575 patent.

2. The parties shall file a status report within ten days of the date on which the PTAB's decision is rendered regarding the *inter partes* petition and shall file a copy of the decision as an attachment to the report.  In the event the petition is not granted, the stay is lifted subject to further order of the Court.

3. Should the PTAB institute *inter partes* review of the '575 patent, the case shall be further stayed until the PTAB issues a final written decision.

4. The parties shall file a status report within ten days of the date on which the PTAB's final written decision is rendered and shall file a copy of the decision as an attachment to the report.  Upon notice of issuance of the PTAB's final written decision to the Court, the stay is lifted subject to further order of the Court.

5. In addition, the parties shall file a status report every six months from the date of the Court's order granting a stay of this case.

6. Accordingly, all deadlines in the case are stayed, and the hearing on the motion to stay and initial case management conference on September 19, 2013 are vacated.

DATED: August 27, 2013

/s/ James D. Petruzzi
JAMES D. PETRUZZI (SBN 115175)
MASON & PETRUZZI
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
JPetruzzi@MasonPetruzzi.com


ARTHUR S. FELDMAN
Texas State Bar No.: 06886600
55 Waugh Dr., Suite 800
Houston, Texas 77002
Telephone: (713) 586-1616
Facsimile: (713) 586-1617
arthur@feldmanlawfirm.com

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS

 /s/ Marc H. Cohen
MARC H. COHEN (Bar No. 168773)
LIEN K. DANG (Bar No. 254221)
SEAN O. CHRISTOFFERSON (Bar No. 240474)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
sean.christofferson@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

## ATTESTATION OF CONCURRENCE IN FILING

I, Marc H. Cohen, am the ECF User whose identification and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that James D. Petruzzi of Mason & Petruzzi has concurred in this filing.

DATED: August 27, 2013

> KIRKLAND & ELLIS LLP
> Respectfully submitted,
>
> /s/ *Marc H. Cohen*
> Marc H. Cohen
> Lien K. Dang
> Sean O. Christofferson
> **KIRKLAND & ELLIS LLP**
> 3330 Hillview Avenue
> Palo Alto, California 94304
> Telephone: (650) 859-7000
> Facsimile: (650) 859-7500
> marc.cohen@kirkland.com
> lien.dang@kirkland.com
> sean.christofferson@kirkland.com
>
> Attorneys for Defendant
> TriVascular, Inc.

**JOINT STIPULATION TO STAY CASE**
**PENDING *INTER PARTES* REVIEW**                    Case No. CV-13-2261-EMC

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 27, 2013, that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: August 27, 2013

            KIRKLAND & ELLIS LLP
            Respectfully submitted,

            /s/ *Marc H. Cohen*
            Marc H. Cohen
            Lien K. Dang
            Sean O. Christofferson
            **KIRKLAND & ELLIS LLP**
            3330 Hillview Avenue
            Palo Alto, California 94304
            Telephone: (650) 859-7000
            Facsimile: (650) 859-7500
            marc.cohen@kirkland.com
            lien.dang@kirkland.com
            sean.christofferson@kirkland.com

            Attorneys for Defendant
            TriVascular, Inc.