1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L.W. SAMUELS,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRIVASCULAR, INC.,<br><br>        Defendant. | Case No. CV-13-2261-EMC<br><br>**[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES** |
| TRIVASCULAR, INC.,<br><br>        Counter-Claimant,<br><br>    vs.<br><br>DR. SHAUN L. W. SAMUELS,<br><br>        Counter-Defendant. | |

Pursuant to the Joint Stipulation Requesting Continuance of the Case Management Conference and Statement Deadlines, and the Court having been fully advised, and good cause shown, the schedule is hereby modified as follows:

1 | The Case Management Conference scheduled for October 9, 2014 and the Joint Case Management Conference Statement scheduled for filing on October 2, 2014 are hereby taken off calendar and per the Court's Stay Order (Dkt. No. 32), the parties shall file a status report within ten days of the date on which the Patent Trial and Appeals Board's final written decision is rendered and request a Case Management Conference at that time. The CMC is reset for 3/5/15 at 10:30 a.m.  An updated joint CMC statement shall be filed by 2/26/15.

DATED: September 19, 2014

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

DATED: 9/19/14



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND STATEMENT DEADLINES

2

CASE NO. CV-13-2261