| | |
|---|---|
| James D. Petruzzi (Bar No. 115175)<br>MASON & PETRUZZI<br>4900 Woodway Dr., Suite 745<br>Houston, TX 77056<br>Telephone: (713) 840-9993<br>Facsimile:  (713) 877-9100<br>jpetruzzi@masonpetruzzi.com<br><br>Arthur S. Feldman<br>Texas State Bar No. 06886600<br>BERG FELDMAN JOHNSON BELL, LLP<br>4203 Monstrose Blvd., Suite 150<br>Houston, TX 77006<br>Telephone: (713) 526-0200<br>Facsimile: (832) 615-2665<br>afeldman@bfjblaw.com<br><br>Attorneys for Plaintiff<br>DR. SHAUN L. W. SAMUELS | Marc H. Cohen (Bar No. 168773)<br>Lien K. Dang (Bar No. 254221)<br>KIRKLAND & ELLIS LLP<br>3330 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 859-7000<br>Facsimile:  (650) 859-7500<br>marc.cohen@kirkland.com<br>lien.dang@kirkland.com<br><br>Attorneys for Defendant<br>TRIVASCULAR, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L.W. SAMUELS,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRIVASCULAR, INC.,<br><br>    Defendant.<br><hr>TRIVASCULAR, INC.,<br><br>    Counter-Claimant,<br><br>    vs.<br><br>DR. SHAUN L. W. SAMUELS,<br><br>    Counter-Defendant. | Case No. 3:13-CV-02261-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
**XX**   Private ADR *(Please identify process and provider)* **The parties have agreed to use a mediator from the private ADR firm of JAMS and will follow the process suggested by the JAMS mediator.  The parties have agreed to use either (1) Hon. James Ware (Ret. – N.D. Cal.), or (2) Hon. Dickran M. Tevrizian (Ret. – C.D. Cal.)**

The parties agree to hold the ADR session by:

**XX**   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____

DATED:  February 17, 2015          /s/ Arthur S. Feldman
                                   Arthur S. Feldman
                                   Attorney for Plaintiff,
                                   DR. SHAUN L.W. SAMUELS

DATED:  February 17, 2015          */s/ Marc H. Cohen*
                                   Attorneys for Defendant,
                                   TRIVASCULAR, INC.

**[PROPOSED] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

_____

_____

_____

_____

_____

DATED:   2/23/15   _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2015 that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: February 17, 2015

/s/ Marc H. Cohen
Marc H. Cohen
Lien K. Dang
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.