James D. Petruzzi (Bar No. 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, TX 77056
Telephone: (713) 840-9993
Facsimile:  (713) 877-9100
JDPetruzzi@gmail.com

Martin J. Siegal
Appearing *pro hac vice*
LAW OFFICES OF MARTIN J. SIEGEL
Bank of America Center
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 226-8566
Martin@Siegelfirm.com

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS

Marc H. Cohen (Bar No. 168773)
Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile:  (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L.W. SAMUELS,<br><br>  Plaintiff,<br><br>vs.<br><br>TRIVASCULAR, INC.,<br><br>  Defendant. | Case No. 3:13-CV-02261-EMC<br><br>**STIPULATION MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| TRIVASCULAR, INC.,<br><br>  Counter-Claimant,<br><br>vs.<br><br>DR. SHAUN L. W. SAMUELS,<br><br>  Counter-Defendant. | Date: July 16, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom No. 5 (17th Floor)<br>Judge: Edward M. Chen |

  The parties through undersigned counsel hereby stipulate and agree to modify the briefing schedule on Plaintiff's Motion for Leave to File First Amended Complaint. Defendant's response to the motion shall be due on June 25, 2015 and Plaintiff's reply shall be due on July 2, 2015.

In view of Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. No. 60), Plaintiff withdraws the recently filed First Amended Complaint (Dkt. No. 59), filed on May 29, 2015.  Plaintiff previously notified Chambers of this withdrawal on June 3, 2015 by notice using the Civil Docket Correction email address of EMCpdf@cand.uscourts.gov.

Dated this 8th of June, 2015

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge



/s/ James D. Petruzzi
JAMES D. PETRUZZI (SBN 115175)
**THE PETRUZZI LAW FIRM**
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com


MARTIN J. SIEGEL
Appearing *Pro Hac Vice*
Law Offices of Martin J. Siegel
700 Louisiana, Suite 2300
Houston, Texas 77002
 (713) 226-8566
Martin@Siegelfirm.com

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS


/s/ Marc H. Cohen
MARC H. COHEN (Bar No. 168773)
LIEN K. DANG (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
Attorneys for Defendant
TRIVASCULAR, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2015, that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: June 8, 2015

/s/ James D. Petruzzi
JAMES D. PETRUZZI (SBN 115175)
**THE PETRUZZI LAW FIRM**
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com