| | |
|---|---|
| James D. Petruzzi (Bar No. 115175)<br>The Petruzzi Law Firm<br>4900 Woodway Dr., Suite 745<br>Houston, TX 77056<br>Telephone: (713) 940-9993<br>Facsimile: (713) 877-9100<br>jdpetruzzi@gmail.com<br><br>Arthur S. Feldman<br>Texas State Bar No. 06886600<br>BERG FELDMAN JOHNSON BELL, LLP<br>4203 Monstrose Blvd., Suite 150<br>Houston, TX77006<br>Telephone: (713) 526-0200<br>Facsimile: (832) 615-2665<br>afeldman@bfjblaw.com<br><br>Attorneys for Plaintiff<br>DR. SHAUN L. W. SAMUELS | Marc H. Cohen (Bar No. 168773)<br>Lien K. Dang (Bar No. 254221)<br>KIRKLAND & ELLIS LLP<br>3330 Hillview Avenue<br>Palo Alto, CA94304<br>Telephone: (650) 859-7000<br>Facsimile: (650) 859-7500<br>marc.cohen@kirkland.com<br>lien.dang@kirkland.com<br><br>Attorneys for Defendant<br>TRIVASCULAR, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L.W. SAMUELS,<br><br>    Plaintiff,<br><br>vs.<br><br>TRIVASCULAR, INC.,<br><br>    Defendant.<br><hr>TRIVASCULAR, INC.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>DR. SHAUN L. W. SAMUELS,<br><br>    Counter-Defendant. | Case No. 3:13-CV-02261-EMC<br><br>**JOINT REVISED [P~~ROPO~~SED]**<br>**SCHEDULING ORDER FOLLOWING**<br>**CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulation and the Case Management Conference held on March 10, 2015, IT IS HEREBY ORDERED THAT the Court adopts the following case management schedule:

| Event | Proposed Schedule |
|---|---|
| Parties Exchange Initial Disclosures | April 13, 2015 |
| Amendment of Pleadings | April 13, 2015 |
| Patent L.R. 3-1: Disclosure of Asserted Claims and Infringement Contentions | April 15, 2015 |
| Patent L.R. 3-2: Document Production Accompanying Disclosure | April 15, 2015 |
| Parties' deadline to hold Alternative Dispute Resolution process with JAMS | May 26, 2015 |
| Patent L.R. 3-3, 3-4, and 3-5: Disclosure of Invalidity Contentions and Documents | June 4, 2015 |
| Patent L.R. 4-1: Parties exchange proposed terms for construction | June 22, 2015 |
| Patent L.R. 4-2: Parties exchange preliminary claim constructions and intrinsic and extrinsic evidence | July 13, 2015 |
| Patent L.R. 4-2(c): Parties meet and confer in an attempt to narrow the issues in dispute | July 24, 2015 |
| Patent L.R. 4-3: Parties file a Joint Claim Construction Prehearing Statement | August 3, 2015 |
| Patent L.R. 4-4: Parties complete claim construction discovery | September 2, 2015 |
| Patent L.R. 4-5: Plaintiff files opening claim construction brief | September 17, 2015 |
| Patent L.R. 4-5: Defendant files responsive claim construction brief | October 5, 2015 |
| Patent L.R. 4-5: Plaintiff files reply brief | October 16, 2015 |
| P.R. 4-6: Claim Construction Hearing | ~~October 26, 2015 at 2:30 p.m. and October 27, 2015 at 2:30 p.m. (if second day is needed)~~ 11/3/15 at 10:00 a.m. |

Note: Proposed deadlines from 4/13/15 to 7/13/15 have been completed.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

**DATED:** 7/17/15

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

1 | DATED:  March 13, 2015

| /s/ James D. Petruzzi | /s/ Marc H. Cohen |
|---|---|
| James D. Petruzzi | Marc H. Cohen |
| The Petruzzi Law Firm | Lien K. Dang |
| 4900 Woodway Dr., Suite 745 | KIRKLAND & ELLIS LLP |
| Houston, TX 77056 | 3330 Hillview Avenue |
| Telephone: (713) 940-9993 | Palo Alto, CA 94304 |
| Facsimile:  (713) 877-9100 | Telephone: (650) 859-7000 |
| jdpetruzzi@gmail.com | Facsimile:  (650) 859-7500 |
|  | marc.cohen@kirkland.com |
| Arthur S. Feldman | lien.dang@kirkland.com |
| Texas State Bar No. 06886600 |  |
| BERG FELDMAN JOHNSON BELL, LLP | Attorneys for Defendant |
| 4203 Monstrose Blvd., Suite 150 | TRIVASCULAR, INC. |
| Houston, TX 77006 |  |
| Telephone: (713) 526-0200 |  |
| Facsimile: (832) 615-2665 |  |
| afeldman@bfjblaw.com |  |

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS

## ATTESTATION OF CONCURRENCE IN FILING

I, Marc H. Cohen, am the ECF User whose identification and password are being used to file this Joint Revised [Proposed] Scheduling Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Arthur Feldman of Berg Feldman Johnson Bell has concurred in this filing.

DATED:  March 13, 2015

/s/ *Marc H. Cohen*
Marc H. Cohen
Lien K. Dang
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 859-7000
Facsimile:  (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2015 that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED:  March 13, 2015

/s/ *Marc H. Cohen*
Marc H. Cohen
Lien K. Dang
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 859-7000
Facsimile:  (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.