Marc H. Cohen (Bar No. 168773)
Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS,<br><br>    Plaintiff,<br><br>vs.<br><br>TRIVASCULAR, INC.,<br><br>    Defendant.<br><br>TRIVASCULAR, INC.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>DR. SHAUN L. W. SAMUELS,<br><br>    Counter-Defendant. | CASE NO. 3:13-CV-02261-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Plaintiff Shaun L.W. Samuels ("Samuels"), with leave of Court (Doc. No. 66), filed a First Amended Complaint against Defendant TriVascular, Inc. ("TriVascular"), and newly named individual Defendants Michael A. Chobotov, Robert G. Whirley, and Joseph W. Humphrey ("Named Individuals") on July 20, 2015 (Doc. No. 68). In an effort to have a coordinated response, the parties are discussing the possibility of a coordinated response to the complaint.

1  IT IS HEREBY STIPULATED, by and between the parties, by and through their respective
2  attorneys of record, that TriVascular and the Named Individuals' pleadings in response to the First
3  Amended Complaint must be filed on or before August 20, 2015.

4
5  DATED: July 24, 2015                               Respectfully submitted,

6                                                    */s/ James D. Petruzzi*
                                                     James D. Petruzzi (SBN 115175)
7                                                    THE PETRUZZI LAW FIRM
                                                     4900 Woodway, Suite 745
8                                                    Houston, TX 77056
                                                     Telephone: (713) 840-9993
9                                                    Facsimile: (713) 877-9100
                                                     jdpetruzzi@gmail.com
10
11                                                   Martin J. Siegel
                                                     700 Louisiana, Suite 2300
12                                                   Houston, TX 77002
                                                     Telephone: (713) 226-8566
13                                                   Martin@Siegelfirm.com

14                                                   Attorneys for Plaintiff
15                                                   DR. SHAUN L.W. SAMUELS

16
17  DATED: July 24, 2015                             Respectfully submitted,

18                                                   */s/ Marc H. Cohen*
                                                     Marc H. Cohen
19                                                   Lien K. Dang
                                                     KIRKLAND & ELLIS LLP
20                                                   3330 Hillview Avenue
                                                     Palo Alto, CA 94304
21                                                   Telephone: (650) 859-7000
                                                     Facsimile:  (650) 859-7500
22                                                   marc.cohen@kirkland.com
23                                                   lien.dang@kirkland.com

24                                                   Attorneys for Defendants
25
26
27
28

1 **ATTESTATION OF CONCURRENCE IN FILING**

2  I, Marc H. Cohen, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Extension of Time to Respond to First Amended Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that James D. Petruzzi of The Petruzzi Law Firm has concurred in this filing.

DATED: July 24, 2015                          Respectfully submitted,

                                              */s/ Marc H. Cohen*
                                              Marc H. Cohen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 28, 2015         _____
                               UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

     I HEREBY CERTIFY that on July 24, 2015 a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: July 24, 2015                              */s/ Marc H. Cohen*
                                                          Marc H. Cohen
                                                          Lien K. Dang
                                                          KIRKLAND & ELLIS LLP
                                                          3330 Hillview Avenue
                                                          Palo Alto, California 94304
                                                          Telephone:  (650) 859-7000
                                                          Facsimile:   (650) 859-7500
                                                          marc.cohen@kirkland.com
                                                          lien.dang@kirkland.com

                                                          Attorneys for Defendants