James D. Petruzzi (Bar No. 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, TX 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com

Martin J. Siegel
700 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 226-8566
Martin@Siegelfirm.com

Attorneys for Plaintiff

Marc H. Cohen (Bar No. 168773)
Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendants.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L.W. SAMUELS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRIVASCULAR, INC., et al.<br><br>　　　　Defendant.<br><br>TRIVASCULAR, INC.,<br><br>　　　　Counter-Claimant,<br><br>　　vs.<br><br>DR. SHAUN L. W. SAMUELS,<br><br>　　　　Counter-Defendant. | Case No. 3:13-CV-02261-EMC<br><br>**STIPULATION AND JOINT CASE MANAGEMENT STATEMENT AND [PR~~OPO~~SED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Civil L.R. 16-9, Plaintiff and Counter-Defendant, Dr. Shaun L.W. Samuels ("Samuels") and Defendant and Counter-Claimant, TriVascular, Inc. ("TriVascular") and Defendants Chobotov, Humphrey and Whirley respectfully submit this Stipulation and Joint Case

Management Statement and [Proposed] Order Continuing Case Management Conference. An initial Joint Case Management Statement was filed on March 3, 2015 (Dkt. No. 50) setting forth the various requirements under Civil L.R. 16-9 and Patent L.R. 2-1(b), and Rule 26(f) of the Federal Rules of Civil Procedure. As set forth below, the Parties are currently preparing a stipulation that will place the case in a position to appeal based on a final judgment of non-infringement, and therefore request a continuation of the currently scheduled Case Management Conference currently scheduled for December 10, 2015.

## BACKGROUND AND STATUS OF LITIGATION

This is a patent infringement action brought by Samuels against TriVascular, Michael A. Chobotov, Robert G. Whirley, and Joseph W. Humphrey. Samuels filed this patent litigation action against TriVascular on May 17, 2013. *See* Dkt. No. 1. Samuels filed a Second Amended Complaint on August 13, 2015 adding the Individual Defendants. *See* Dkt. No. 77. The Defendant TriVascular filed an Answer, Affirmative Defenses and Counterclaims to Plaintiff's Second Amended Complaint on August 27, 2015 (Dkt. No. 78), and the Individual Defendants filed their Answer and Affirmative Defenses on August 27, 2015 (Dkt. No. 79). TriVascular's pending counterclaims are patent counterclaims of non-infringement (First Counterclaim) and invalidity (Second Counterclaim), as well as counterclaims for breach of contract and promissory estoppel (Third, Fourth and Fifth Counterclaims).

On November 12, 2015, this Court construed certain claim terms found in U.S. Patent No. 6,007,575 patent. (Claim Construction Order, Dkt. No. 92). In view of that construction, Plaintiff does not believe it can prove infringement of the accused device and intends to appeal the Claim Construction Order.

## STIPULATION FOR APPEAL

The Parties are currently preparing a stipulation that will place the case in a position to appeal based on a final judgment of non-infringement. The Court's Claim Construction Order (Dkt. No. 92) construed certain claim terms such that Plaintiff does not believe it can prove infringement.

The parties have tentatively agreed to file a request and stipulation providing that the Court issue a final judgment dismissing Plaintiff's patent infringement claims and certify them for appeal under Fed. R. Civ. P. 54(b).

The parties have agreed a postponement of the upcoming status conference would be beneficial to provide them time to finalize and file the stipulation.  The parties anticipate they will be able to do so before December 15, 2015.

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that the Case Management Conference currently scheduled for December 10, 2015 be continued to a date at least 45 days hence to permit the parties to prepare and file a stipulation as described above.

DATED:  December 2, 2015

*/s/ James D. Petruzzi*
James D. Petruzzi
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, TX 77056
Telephone: (713) 840-9993
Facsimile:  (713) 877-9100
jdpetruzzi@gmail.com

Attorneys for Plaintiff

*/s/ Marc H. Cohen*
Marc H. Cohen
Lien K. Dang
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile:  (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendants

## ATTESTATION OF CONCURRENCE IN FILING

I, Marc H. Cohen, am the ECF User whose identification and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that James D. Petruzzi of THE PETRUZZI LAW FIRM has concurred in this filing.

DATED:  December 2, 2015

/s/ *Marc H. Cohen*
Marc H. Cohen
Lien K. Dang
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 859-7000
Facsimile:  (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Further CMC is reset from 12/10/15 to 2/4/16 at 10:30 a.m. An updated joint CMC statement shall be filed by 1/28/16.

DATED:_____12/4/15_____

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CERTIFICATE OF SERVICE                                              CASE NO. 3:13-cv-02261-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2015 that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED:  December 2, 2015

/s/ *Marc H. Cohen*
Marc H. Cohen
Lien K. Dang
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 859-7000
Facsimile:  (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com

Attorneys for Defendant
TRIVASCULAR, INC.