James D. Petruzzi (SBN 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS.

Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Attorneys for Defendants
TRIVASCULAR, INC., MICHAEL A.
CHOBOTOV, PH.D., ROBERT G. WHIRLEY,
PH.D., AND JOSEPH W. HUMPHREY, PH.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS<br>　　　　　　Plaintiff,<br>vs.<br>TRIVASCULAR, INC., ET AL.,<br>　　　　　　Defendants<br><br>TRIVASCULAR, INC.<br>　　　　　Counter-Claimant,<br>vs.<br>DR. SHAUN L. W. SAMUELS<br>　　　　　Counter-Defendant | Case No.: CV-13-2261-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |

Stipulation and [Proposed] Order Modifying Briefing Schedule       Case No.: CV-13-2261-EMC
and Continuance of Hearing Date

1   The parties through undersigned counsel hereby stipulate and agree to modify the briefing
2   schedule on Defendants' Motion For Attorneys' Fees Under 35 U.S.C. § 285 and request
3   continuance of the hearing date.  Plaintiff's response to the motion shall be due on January 31, 2017.
4   Defendants' reply shall be due on February 13, 2017.  The parties request that the hearing date be
5   continued to February 23, 2017 on the Court's regular motion day or such date thereafter convenient
6   to the Court.

DATED:  January 6, 2017

/s/ *James D. Petruzzi*
James D. Petruzzi (SBN 115175)
**THE PETRUZZI LAW FIRM**
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
Jdpetruzzi@gmail.com


MARTIN J. SIEGEL
Appearing Pro Hac Vice
Law Offices of Martin J. Siegel
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  (713) 226-8566
martin@Siegelfirm.com

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS


/s/ *Lien K. Dang*
Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Attorney for Defendants
TRIVASCULAR, INC., MICHAEL
A.CHOBOTOV, PH.D., ROBERT G.
WHIRLEY, PH.D., AND JOSEPH W.
HUMPHREY, PH.D.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED this  9th  day of  Jan. , 2017.

_____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**ATTESTATION OF SIGNATURE**

I, Lien K. Dang, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2017    KIRKLAND & ELLIS LLP

   /s/ *Lien K. Dang*
  Lien K. Dang

  Attorney for Defendants
  TRIVASCULAR, INC., MICHAEL
  A. CHOBOTOV, PH.D., ROBERT G.
  WHIRLEY, PH.D., AND JOSEPH W.
  HUMPHREY, PH.D.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2017, that a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: January 6, 2017

             KIRKLAND & ELLIS LLP
             Respectfully submitted,

             /s/ *Lien K. Dang*
             Lien K. Dang
             **KIRKLAND & ELLIS LLP**
             3330 Hillview Avenue
             Palo Alto, California 94304
             Telephone: (650) 859-7000
             Facsimile: (650) 859-7500
             lien.dang@kirkland.com

             Attorney for Defendants
             TRIVASCULAR, INC., MICHAEL A.
             CHOBOTOV, PH.D., ROBERT G. WHIRLEY,
             PH.D., AND JOSEPH W. HUMPHREY, PH.D.