James D. Petruzzi (SBN 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com

Attorney for Plaintiff
DR. SHAUN L. W. SAMUELS.

Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Attorney for Defendants
TRIVASCULAR, INC., MICHAEL A. CHOBOTOV, PH.D., ROBERT G. WHIRLEY, PH.D., AND JOSEPH W. HUMPHREY, PH.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS<br>　　　　　Plaintiff,<br>vs.<br>TRIVASCULAR, INC., ET AL.,<br>　　　　　Defendants<br><br>TRIVASCULAR, INC.<br>　　　　　Counter-Claimant,<br>vs.<br>DR. SHAUN L. W. SAMUELS<br>　　　　　Counter-Defendant | Case No.: CV-13-2261-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' AMENDED BILL OF COSTS** |

1     The parties through undersigned counsel respectfully submit the following stipulation:

2     **WHEREAS**, on January 3, 2017, Defendants submitted their Bill of Costs and supporting

3 invoices ("Initial Bill of Costs.") (Dkt. Nos. 114, 114-2 through 114-5);

4     **WHEREAS**, on January 13, 2017, counsel for Defendants and Plaintiff discussed

5 Defendants' Initial Bill of Costs;

6     **WHEREAS**, in light of discussions with Plaintiff's counsel and in an effort to minimize the

7 disputes between the parties, Defendants agree to waive the costs requested in Exhibit C to the Initial

8 Bill of Costs and have submitted Defendants' Amended Bill of Costs;

9     **WHEREAS**, in light of discussions with Defendants' counsel and in an effort to minimize

10 the disputes between the parties, Plaintiff agrees not to file objections to Defendants' Amended Bill

11 of Costs.

12     **ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

13     Plaintiff does not oppose the costs reflected in Defendants' Amended Bill of Costs.

15 DATED: January 17, 2017        Respectfully submitted,

/s/ *James D. Petruzzi*
James D. Petruzzi (SBN 115175)
**THE PETRUZZI LAW FIRM**
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
Jdpetruzzi@gmail.com

MARTIN J. SIEGEL
Appearing Pro Hac Vice
Law Offices of Martin J. Siegel
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 226-8566
martin@Siegelfirm.com

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS

/s/ *Lien K. Dang*

1  
2  
3  
4  
5  
6  
7  
8  

Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Attorney for Defendants
TRIVASCULAR, INC., MICHAEL
A.CHOBOTOV, PH.D., ROBERT G.
WHIRLEY, PH.D., AND JOSEPH W.
HUMPHREY, PH.D.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED this 27th day of January, 2017.

_____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**ATTESTATION OF SIGNATURES**

I, Lien K. Dang, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2017                          KIRKLAND & ELLIS LLP

                                                 /s/ *Lien K. Dang*
                                                 Lien K. Dang

                                                 Attorney for Defendants
                                                 TRIVASCULAR, INC., MICHAEL
                                                 A. CHOBOTOV, PH.D., ROBERT G.
                                                 WHIRLEY, PH.D., AND JOSEPH W.
                                                 HUMPHREY, PH.D.