James D. Petruzzi (SBN 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com

MARTIN J. SIEGEL
Appearing *Pro Hac Vice*
Law Offices of Martin J. Siegel
2222 Dunstan
Houston, TX 77005
(281) 772-4568
martin@Siegelfirm.com

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS

Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Natalie Flechsig (Bar No. 300515)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-4000
Facsimile: (415) 439-5000
natalie.flechsig@kirkland.com

Attorneys for Defendants
TRIVASCULAR, INC., MICHAEL A.
CHOBOTOV, PH.D., ROBERT G. WHIRLEY,
PH.D., AND JOSEPH W. HUMPHREY, PH.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS<br>　　　　Plaintiff,<br>vs.<br>TRIVASCULAR, INC., ET AL.,<br>　　　　Defendants<br><br>TRIVASCULAR, INC.<br>　　　　Counter-Claimant,<br>vs.<br>DR. SHAUN L. W. SAMUELS<br>　　　　Counter-Defendant | Case No.: CV-13-2261-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PR~~OPOS~~ED]**<br>**ORDER DISMISSING TRIVASCULAR'S**<br>**COUNTERCLAIMS TWO THROUGH**<br>**FIVE WITHOUT PREJUDICE** |

1    The parties through undersigned counsel respectfully submit the following stipulation:

2    **WHEREAS**, on August 13, 2015, Samuels filed his Second Amended Complaint (Dkt. No.
3    77);

4    **WHEREAS**, on August 27, 2015, TriVascular filed its counterclaims one (Declaratory
5    Judgment of Non-Infringement of the '575 Patent), two (Declaratory Judgment of Invalidity of the
6    '575 Patent), three (Breach of Co-Investigator Agreements), four (Breach of Settlement Agreement),
7    and five (Promissory Estoppel) against Samuels (Dkt. No. 78);

8    **WHEREAS** on September 14, 2015 Samuels filed his answer to TriVascular's
9    counterclaims, denying each counterclaim (*i.e.*, Declaratory Judgment of Non-Infringement of the
10   '575 Patent; Declaratory Judgment of Invalidity of the '575 Patent; Breach of Co-Investigator
11   Agreements; Breach of Settlement Agreement; and Promissory Estoppel) (Dkt. No. 80);

12   **WHEREAS**, on December 17, 2015, this Court entered a final judgment of non-
13   infringement of the '575 patent (Dkt. No. 98);

14   **WHEREAS**, on November 3, 2016, the Federal Circuit issued a judgment and order
15   pursuant to Fed. Cir. R. 36 affirming this Court's finding of non-infringement of the '575 patent
16   (Case 16-1490, Dkt. No. 48);

17   **WHEREAS**, on December 29, 2016, the Federal Circuit issued a mandate to this Court (Dkt.
18   No. 111);

19   **WHEREAS**, TriVascular's counterclaims two through five remain pending before this
20   Court;

21   **WHEREAS**, under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), TriVascular may dismiss its
22   counterclaims two through five without a court order by filing a stipulation of dismissal signed by all
23   parties who have appeared;

24   **WHEREAS**, between January 5, 2017 and February 14, 2017, counsel for TriVascular and
25   counsel for Samuels met and conferred regarding TriVascular's request that Samuels stipulate to
26   dismissal of TriVascular's counterclaims two through five without prejudice;

27
28

1    **WHEREAS**, in an effort to minimize the disputes between the parties and in the interests of conserving judicial and party resources, Samuels agreed on February 14, 2017 to TriVascular's request to dismiss TriVascular's counterclaims two through five without prejudice;

**WHEREAS**, on February 15, 2017, Samuels filed Plaintiff's Objection to Reply Evidence Under Local Rule 7-3 in which he stated that "Samuels has now agreed to a dismissal without prejudice [of TriVascular's counterclaims] in order to avoid future litigation and expense." (Dkt. No. 134 at 4).

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

TriVascular's counterclaims two through five may be dismissed without prejudice.

DATED:  March 1, 2017                               Respectfully submitted,

/s/ *James D. Petruzzi*
James D. Petruzzi (SBN 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
Jdpetruzzi@gmail.com


MARTIN J. SIEGEL
Appearing *Pro Hac Vice*
Law Offices of Martin J. Siegel
2222 Dunstan
Houston, TX 77005
(281) 772-4568
martin@Siegelfirm.com

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS


/s/ *Lien K. Dang*
Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

1

2  Natalie Flechsig (Bar No. 300515)
3  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
4  San Francisco, CA 94104
   Telephone: (415) 439-4000
5  Facsimile: (415) 439-5000
   natalie.flechsig@kirkland.com
6
7  Attorneys for Defendants
   TRIVASCULAR, INC., MICHAEL
8  A.CHOBOTOV, PH.D., ROBERT G.
   WHIRLEY, PH.D., AND JOSEPH W.
9  HUMPHREY, PH.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED this  2nd  day of  March , 2017 that TriVascular's counterclaims two through five are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41.

_____
HON. ED...
United...

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**ATTESTATION OF SIGNATURES**

I, Lien K. Dang, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 1, 2017                    KIRKLAND & ELLIS LLP

                                        /s/ *Lien K. Dang*
                                        Lien K. Dang

                                        Attorney for Defendants
                                        TRIVASCULAR, INC., MICHAEL
                                        A. CHOBOTOV, PH.D., ROBERT G.
                                        WHIRLEY, PH.D., AND JOSEPH W.
                                        HUMPHREY, PH.D