James D. Petruzzi (SBN 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
jdpetruzzi@gmail.com

MARTIN J. SIEGEL
Appearing *Pro Hac Vice*
Law Offices of Martin J. Siegel
2222 Dunstan
Houston, TX 77005
(281) 772-4568
martin@Siegelfirm.com

Attorneys for Plaintiff
DR. SHAUN L. W. SAMUELS

Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Natalie Flechsig (Bar No. 300515)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-4000
Facsimile: (415) 439-5000
natalie.flechsig@kirkland.com

Attorneys for Defendants
TRIVASCULAR, INC., MICHAEL A.
CHOBOTOV, PH.D., ROBERT G. WHIRLEY,
PH.D., AND JOSEPH W. HUMPHREY, PH.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SHAUN L. W. SAMUELS<br>Plaintiff,<br>vs.<br><br>TRIVASCULAR, INC., ET AL.,<br>Defendants<br><br><br><br>_____<br><br>TRIVASCULAR, INC.<br>Counter-Claimant,<br>vs.<br><br>DR. SHAUN L. W. SAMUELS<br>Counter-Defendant<br>_____ | Case No.: CV-13-2261-EMC<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] STIPULATED FINAL JUDGMENT** |

1    The Court having issued its final judgment of non-infringement of the '575 patent on

2    December 17, 2015 (Dkt. No. 98); and

3    The Federal Circuit having issued a judgment and order on November 3, 2016 pursuant to

4    Fed. Cir. R. 36 affirming this Court's finding of non-infringement of the '575 patent (Case 16-1490,

5    Dkt. No. 48); and

6    Based on the parties' stipulation (and facts contained therein) that TriVascular's

7    counterclaims two (Declaratory Judgment of Invalidity of the '575 Patent), three (Breach of Co-

8    Investigator Agreements), four (Breach of Settlement Agreement), and five (Promissory Estoppel)

9    against Samuels (Dkt. No. 78) should be dismissed without prejudice; and

10    Based on the Court's Order that the parties jointly file a stipulated final judgment (Dkt. No.

11    135),

12    IT IS HEREBY ORDERED as follows:

13    1.    Pursuant to the parties' Stipulated Final Judgment, the Court DIRECTS the Clerk to

14    enter final judgment as set forth herein.

15    2.    Pursuant to the parties' Stipulated Final Judgment, the Court ORDERS that

16    TriVascular's counterclaims two through five are DISMISSED without prejudice.

17    3.    All claims in this action having now been adjudicated or dismissed by one or more

18    Orders of this Court, this is the Final Judgment of the Court in this matter.

19    4.    This Stipulated Final Judgment is enforceable and non-appealable.  This Stipulated

20    Final Judgment represents a final judgment regarding all claims, counterclaims, and defenses that

21    were or could have been raised in this action by Dr. Shaun L.W. Samuels, TriVascular, Inc., Michael

22    A. Chobotov, Ph.D., Robert G. Whirley, Ph.D., and/or Joseph W. Humphrey, Ph.D.

23    5.    Each party is to bear its own fees.

24    The clerk is ordered to provide copies of this order to all counsel.

DATED:  March 1, 2017

Respectfully submitted,

*/s/ James D. Petruzzi*
James D. Petruzzi (SBN 115175)
THE PETRUZZI LAW FIRM
4900 Woodway Dr., Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100
Jdpetruzzi@gmail.com

MARTIN J. SIEGEL
Appearing *Pro Hac Vice*
Law Offices of Martin J. Siegel
2222 Dunstan
Houston, TX 77005
(281) 772-4568
martin@Siegelfirm.com

Attorneys for Plaintiff
Dr. SHAUN L. W. SAMUELS

*/s/ Lien K. Dang*
Lien K. Dang (Bar No. 254221)
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
lien.dang@kirkland.com

Natalie Flechsig (Bar No. 300515)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-4000
Facsimile: (415) 439-5000
natalie.flechsig@kirkland.com

Attorneys for Defendants
TRIVASCULAR, INC., MICHAEL
A.CHOBOTOV, PH.D., ROBERT G.
WHIRLEY, PH.D., AND JOSEPH W.
HUMPHREY, PH.D.

IT IS SO ORDERED.

Dated: _____ 3/2 _____, 2017

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

NORTHERN DISTRICT OF CALIFORNIA